227

(No. 74-CC-189—Claimant 

EMMY ANDRI, M.D. & ASSOCIATES, S.C., Claimants, *vs.*
STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION,
Respondent.

*Opinion filed February 14, 1974.*

EMMY ANDRI, M.D. & ASSOCIATES, S.C., Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W.
FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-210—Claimant 

PAUL KARL RIEMER, JR., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 14, 1974.*

PAUL KARL RIEMER, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W.
FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.